VERONICA A. MARAY, Respondent, v. HUGH Z. MARAY et al., Appellants.—

Munder, Acting P. J., Martuscello, Latham, Kleinfeld and Benjamin, JJ., concur.